## UNITED STATES of America, Plaintiff–Appellee

v.

## Justino Loredo VERA, Defendant–Appellant.

### No. 11–40805
### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 14, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Eduardo A. Castillo, Esq., Laredo, TX, for Defendant–Appellant.

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Justino Loredo Vera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Loredo Vera has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.